# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROGER D. ROMERO, | ) | 1:07cv0369 LJO DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| | ) | |
| v. | ) | (Document 3) |
| | ) | |
| AMERICAN EXPRESS CENTURION BANK, N.A., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Roger D. Romero ("Plaintiff"), proceeding pro se, removed the instant action from state court on March 7, 2007.

On March 12, 2007, the Magistrate Judge issued Findings and Recommendation that the complained be DISMISSED on the ground that Plaintiff wrongly attempted to remove an underlying arbitration proceeding to this Court. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Plaintiff filed his objections on April 17, 2007.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated March 12, 2007, is ADOPTED IN FULL; and

2. The action is DISMISSED.

This terminates this action in its entirety.  The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   April 20, 2007**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE